IN THE SUPERIOR COURT
OF THE VIRGIN ISLANDS

**FILED**
April 13, 2026 10:08 AM
ST-2026-CV-00156
**TAMARA CHARLES
CLERK OF THE COURT**

# SUMMONS

(CIVIL ACTION - ORIGINAL)

## IN THE SUPERIOR COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. Thomas/St. John

| | |
|---|---|
| UNITED PROPERTY, INC.   Plaintiff | CIVIL NO.:   ST-2026-CV-00156 |
| vs. | ACTION FOR: BREACH OF CONTRACT, BAD FAITH, BREACH OF DUTY OF |
| ROYALSTAR ASSURANCE, LTD   Defendant | GOOD FAITH AND FAIR DEALING |

THE GOVERNMENT OF THE VIRGIN ISLANDS:

TO: **ROYALSTAR ASSURANCE LTD** _____, DEFENDANT

**Address: Office of the Lieutenant Governor Division of Banking, Insurance and Financial Regulation**

**5049 KONGENS GADE, ST. THOMAS, USVI 00802**

Within the time limited by law (see note below) you are hereby required to appear before this Court and answer to a complaint filed against you in this action and in case of your failure to appear or answer, judgment by default will be taken against you as demanded in the complaint.

Witness my hand and the seal of this Court this __13th__ day of ___April 2026___

Tamara Charles

Clerk of the Court

By: _____

Court Clerk II

**Javier Delgado, Esq.**
(Attorney For Plaintiff)

**Address:**
**777 S. Harbour Island Blvd.,**
**Suite 950**
**Tampa, FL 33602**
**Ph.- 813-229-1000**

RCVD APR 17 '26
LT. GOV BANKING, INS & FIN REG

NOTE: The defendant, if served personally, is required to file his answer of other defense with the Clerk of the Court, and to serve a copy thereof upon the Plaintiff's attorney within twenty (21) days after service of this summons, excluding the date of the service. The defendant, if served by publication or by personal service outside of the jurisdiction, is required to file his answer or other defense with the Clerk of this Court, and to serve a copy thereof upon the attorney for the plaintiff within thirty (30) days after the completion of the period of publication or personal service outside of the jurisdiction.

**Exhibit A**

## RETURN OF SERVICE

I hereby certify that I received this summons on the _____ day of _____,
and that thereafter, on the _____ day of _____ _____ . I did serve
the same on the above-named defendant. _____
by showing _____ this original and be then delivering to _____ a copy of the complaint and of the
summons which were forwarded to me attached thereto.

_____
Marshal

_____
Deputy

AGA - 5000 9/94                                    (See Reverse)                                    GOTC 6

**Exhibit A**