**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| UNITED PROPERTY, INC.,<br><br>PLAINTIFF,<br><br>VS.<br><br>ROYALSTAR ASSURANCE LTD.,<br><br>DEFENDANT. | CASE NO. 3:26-CV-19 |

**NOTICE OF FILING NOTICE OF REMOVAL IN THE SUPERIOR COURT
AND NOTICE OF SERVICE**

Defendant RoyalStar Assurance Ltd. ("RoyalStar" or "Defendant"), by and through undersigned counsel, gives notice that on April 27, 2026, it filed a copy of the Notice of Removal in the Superior Court and served the notice of removal upon counsel for plaintiffs via the email addresses below:

Javier Delgado
Eriselda Kuhn
MERLIN LAW GROUP, PLLC
777 S. Harbour Island Blvd., Suite 950
Tampa, FL 33602
Telephone: (813) 229-1000
jdelgado@merlinlawgroup.com
jdteam@merlinlawgroup.com

A copy of the proof of filing in the Superior Court is attached.

Respectfully submitted,

**ANDREW C. SIMPSON, P.C.,**
Counsel for RoyalStar Assurance Ltd.

Dated: April 27, 2026

1

Andrew C. Simpson
VI Bar No. 451
ANDREW C. SIMPSON, P.C.
2191 Church Street, Suite 5
Christiansted, VI 00820
Tel: 340.719.3900
asimpson@coralbrief.com