

**THOMSON REUTERS**
Public Portal

Judiciary of the U.S. Virgin Islands - C-Track Public Portal

ANDREW C. SIMPSON

**Manage Filing** Notice of Filing Notice of Removal

**FILING SUBMITTED**
The filing is being sent to the court and should be received by them shortly. You can monitor its progress by returning to this filing and viewing the status history, which will update as it moves through the review process. If enabled, you will also receive notifications alerting you to any updates.

STATUS HISTORY    RETURN TO SUMMARY

**EXISTING CASE FILING**

SUBMITTED  1 second ago

COURT
USVI Superior Court

CASE NUMBER
ST-2026-CV-00156

CASE TITLE
United Property, Inc. v. Royalstar Assurance, LTD

CASE CLASSIFICATION
Civil - Contract - Breach of Contract

LEAD DOCKET ENTRY
Notice - Notice of Filing

REFERENCE NAME
Notice of Filing Notice of Removal

REFERENCE NUMBER
5946-8B05-83DB-FC48

STATUS HISTORY

Home
Announcements
Notifications
Search
My Work
Create
Request Case Access
New Filing