IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. THOMAS AND ST. JOHN

UNITED PROPERTY, INC.,

PLAINTIFF,

VS.

ROYALSTAR ASSURANCE LTD.,

DEFENDANT.

CASE NO. 3:26-CV-19

ROYALSTAR'S CORPORATE DISCLOSURE STATEMENT

RoyalStar Assurance Ltd. makes the following corporate disclosure pursuant to Fed. R. Civ. P. 7.1:

7.1(a)(1)(B):    RoyalStar Assurance Ltd. is wholly-owned by RoyalStar Holdings Ltd. Guardian Holdings Limited owns more than 10% of RoyalStar Holdings Ltd. and is publicly traded on the Trinidad & Tobago Stock Exchange.

7.1(a)(2):    Individuals and entities whose citizenship is attributable to RoyalStar Assurance Ltd.: None. RoyalStar Assurance Ltd. is organized under the Companies Act, 1992 of the Commonwealth of the Bahamas. It is a stock-issuing company with perpetual existence governed by a board of directors. Shareholders do not have liability for the liabilities of the company. Accordingly, it is treated like a corporation for diversity of citizenship purposes. *Cf. Lear Corp. v. Johnson Elec. Holdings Ltd.*, 353 F.3d 580, 583 (7th Cir. 2003) (Bermuda corporation with perpetual existence, governed by a Board of Directors, able to issue tradable shares, and treated as independent of its equity investors is treated as a corporation for purposes of diversity).

RoyalStar Assurance Ltd.'s principal place of business is at RoyalStar House, John F. Kennedy Drive, Nassau, The Bahamas.

1

Respectfully submitted,

**ANDREW C. SIMPSON, P.C.,**
Counsel for RoyalStar Assurance Ltd.

Dated: April 28, 2026

By: Andrew C. Simpson
VI Bar No. 451
ANDREW C. SIMPSON, P.C.
2191 Church Street, Suite 5
Christiansted, VI 00820
Tel: 340.719.3900
asimpson@coralbrief.com