**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

|  |  |  |
|---|---|---|
| UNITED PROPERTY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:26-CV-19 |
| | ) | |
| vs. | ) | |
| | ) | |
| ROYALSTAR ASSURANCE, LTD., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S PARTIAL MOTION TO DISMISS AND NOTICE OF FILING AMENDED COMPLAINT AS A MATTER OF RIGHT

Plaintiff, UNITED PROPERTY, INC. ("Plaintiff"), by and through undersigned counsel, files this Response to Defendant's Partial Motion to Dismiss and states as follows:

1.      On June 11, 2026, Defendant filed its Partial Motion to Dismiss Counts II and III of Plaintiff's original Complaint, together with Plaintiff's demand for punitive damages, pursuant to Federal Rule of Civil Procedure 12(b)(6). *See ECF # 5.*

2.      On June 25, 2026, counsel for the parties conferred by telephone regarding Defendant's Partial Motion to Dismiss. During that conference, Plaintiff advised Defendant of its intent to amend the Complaint to withdraw Counts II and III and to proceed solely on its breach of contract claim. Defendant's counsel consented to Plaintiff filing the Amended Complaint.

3.      Thereafter, on July 1, 2026, within twenty-one (21) days after service of Defendant's Rule 12(b)(6) Motion, Plaintiff filed its Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). The Amended Complaint withdraws Counts II and III, eliminates Plaintiff's request for punitive damages, and proceeds solely on Plaintiff's breach of contract claim.

1

4.      Because the Amended Complaint was timely filed as a matter of course under Rule 15(a)(1)(B), and because Defendant consented to the amendment, there is no prejudice to Defendant. The Amended Complaint is now the operative pleading, and Defendant's Partial Motion to Dismiss the original Complaint is therefore moot.

WHEREFORE, Plaintiff respectfully requests that this Court deem Plaintiff's Amended Complaint properly filed, deny Defendant's Partial Motion to Dismiss as moot, direct Defendant to answer to the Amended Complaint within the time provided by Federal Rule of Civil Procedure 15(a)(3), and grant such other and further relief as the Court deems just and proper.

Submitted this 1st day of July 2026.

Respectfully submitted,

/s/ Javier Delgado
**JAVIER DELGADO, ESQ.**
VI Bar No.: R2065
MERLIN LAW GROUP, PLLC
777 S. Harbour Island Blvd., Suite 950
Tampa, FL 33602
Telephone: (813) 229-1000
Facsimile: (813) 229-3692
jdelgado@merlinlawgroup.com
jdteam@merlinlawgroup.com

## CERTIFICATE OF SERVICE

I certify that a copy has been served on Defendant's counsel of record by Electronic Service on July 1, 2026.

/s/ Javier Delgado

JAVIER DELGADO, ESQ.

2