**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

|  |  |  |
|---|---|---|
| UNITED PROPERTY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:26-CV-19 |
| | ) | |
| vs. | ) | |
| | ) | |
| ROYALSTAR ASSURANCE, LTD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Plaintiff, United Property, Inc., by and through undersigned counsel, pursuant to Fed.R. Civ. P. 7.1, submits this Corporate Disclosure Statement and hereby states as follows:

No parent corporation, and no publicly held corporation owns 10% or more of United Property, Inc. stock.

United Property, Inc. is a domestic, for-profit corporation organized under the laws of the United States Virgin Islands that has been administratively dissolved since February 14, 2023. Its existence is limited to those activities authorized by law for the purpose of winding up and liquidating its affairs. United Property, Inc.'s principal place of business is St. Thomas, United States Virgin Islands. No individual or entity has citizenship attributable to United Property, Inc.

Dated: July 29, 2026

Respectfully submitted,

*/s/ Javier Delgado*
**JAVIER DELGADO, ESQ.**
VI Bar No.: R2065
**MERLIN LAW GROUP, PLLC**
777 S. Harbour Island Blvd., Suite 950
Tampa, FL 33602
Telephone: (813) 229-1000
Facsimile: (813) 229-3692
jdelgado@merlinlawgroup.com
jdteam@merlinlawgroup.com

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 29th  day of July, 2026, a true and correct copy of the

foregoing document was served via ECF to counsel below:

Andrew C. Simpson
**ANDREW C. SIMPSON, P.C.,**
VI Bar No. 451
ANDREW C. SIMPSON, P.C.
2191 Church Street, Suite 5
Christiansted, VI 00820
Tel: 340.719.3900
asimpson@coralbrief.com

*/s/ Javier Delgado*_____
**JAVIER DELGADO, ESQ.**

2