IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. THOMAS AND ST. JOHN

UNITED PROPERTY, INC.,

PLAINTIFF,

VS.

ROYALSTAR ASSURANCE LTD.,

DEFENDANT.

CASE NO. 3:26-CV-19

NOTICE OF SERVICE

Defendant gives notice that on July 29, 2026 it served its Rule 26(a) initial disclosures upon plaintiff.

Respectfully submitted,

ANDREW C. SIMPSON, P.C.,
Counsel for RoyalStar Assurance Ltd.

Dated: July 29, 2026

_____
By:  Andrew C. Simpson
VI Bar No. 451
ANDREW C. SIMPSON, P.C.
2191 Church Street, Suite 5
Christiansted, VI 00820
Tel: 340.719.3900
asimpson@coralbrief.com

1