**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN**

|  |  |  |
|---|---|---|
| UNITED PROPERTY, INC., | ) | |
| Plaintiff, | ) | CASE NO. 3:26-CV-19 |
| vs. | ) | |
| ROYALSTAR ASSURANCE, LTD, | ) | |
| Defendant. | ) | |

**PLAINTIFF'S NOTICE OF SERVICE**

Notice is hereby given that undersigned counsel for Plaintiff, has this date served on

Defendant, ROYALSTAR ASSURANCE, LTD, Plaintiff's Rule 26(a)(1) Initial Disclosures.

Respectfully submitted on this 29th day of July, 2026.


                                    **MERLIN LAW GROUP**

                    By:     Respectfully submitted,


                            */s/ Javier Delgado*_____
                            **JAVIER DELGADO, ESQ.**
                            VI Bar No.: R2065
                            MERLIN LAW GROUP, PLLC
                            777 S. Harbour Island Blvd., Suite 950
                            Tampa, FL 33602
                            Telephone: (813) 229-1000
                            Facsimile: (813) 229-3692
                            jdelgado@merlinlawgroup.com
                            jdteam@merlinlawgroup.com

                            **ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th  day of July, 2026, a true and correct copy of the

foregoing document was served via email upon:


Andrew C. Simpson
**ANDREW C. SIMPSON, P.C.,**
VI Bar No. 451
ANDREW C. SIMPSON, P.C.
2191 Church Street, Suite 5
Christiansted, VI 00820
Tel: 340.719.3900
asimpson@coralbrief.com


/s/ Javier Delgado_____
**JAVIER DELGADO, ESQ.**