**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | | |
|---|---|---|
| UNITED PROPERTY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:26-CV-19 |
| | ) | |
| vs. | ) | |
| | ) | |
| ROYALSTAR ASSURANCE, LTD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO APPEAR TELEPHONICALLY OR BY VIDEO CONFERENCE

COMES NOW, Plaintiff United Property, Inc. hereby moves this Court for leave, for the undersigned counsel, Javier Delgado, attorney for Plaintiff to appear telephonically or by video conference in lieu of personal appearance for the August 21, 2026 initial scheduling conference and states:

1. Undersigned counsel has a previously scheduled family commitment requiring counsel to be out of town from August 20th through August 22nd, 2026, and will therefore be unavailable to attend in person during that period.

2. Opposing counsel does not oppose appearance telephonically or by video conference.

3. This Motion is not made for the purpose of delay or for any other improper purpose or motive.

WHEREFORE, Plaintiff United Property, Inc. respectfully asks the court to enter an order permitting, Attorney Javier Delgado, to appear telephonically or by video conference in the initial

scheduling conference set for this matter on August 21, 2026 at 11am in lieu of personal appearance and grant such other and further relief as the Court deems just and proper.

## CERTIFICATE OF CONFERRAL

I certify that prior to filing this motion, I discussed the relief requested in this motion by email on August 7, 2026, with the opposing party and Defendant does not oppose to same Motion.

Respectfully submitted,

**MERLIN LAW GROUP, PLLC**

By:  */s/ Javier Delgado*
**JAVIER DELGADO, ESQ.**
VI Bar No.: R2065
MERLIN LAW GROUP, PLLC
777 S. Harbour Island Blvd., Suite 950
Tampa, FL 33602
Telephone: (813) 229-1000
jdelgado@merlinlawgroup.com
jdteam@merlinlawgroup.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of August, 2026, a true and correct copy of the foregoing was served through the District Court's ECF website:

Andrew C. Simpson
**ANDREW C. SIMPSON, P.C.,**
VI Bar No. 451
ANDREW C. SIMPSON, P.C.
2191 Church Street, Suite 5
Christiansted, VI 00820
Tel: 340.719.3900
asimpson@coralbrief.com

*/s/ Javier Delgado*
**JAVIER DELGADO, ESQ.**