**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN**

|  |  |  |
|---|---|---|
| UNITED PROPERTY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:26-CV-19 |
| | ) | |
| vs. | ) | |
| | ) | |
| ROYALSTAR ASSURANCE, LTD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

**ORDER**

This matter comes before the Court on the Motion for Leave of Plaintiff, United Property, Inc. seeking permission for attorney Javier Delgado to appear telephonically or by video conference at the upcoming initial scheduling conference on August 21, 2026, due notice being given and the Court being fully advised, IT IS HEREBY ORDERED:

1.      The Motion is **Granted** and Attorney Javier Delgado may appear telephonically or by video conference at the upcoming initial scheduling conference on August 21, 2026 at 11am.

Dated:

_____
**Judge of the U.S. District Court**