EXHIBIT "C"

MERLIN
LAW GROUP

JAVIER DELGADO
ONE NORTH CLEMATIS STREET, SUITE 510
WEST PALM BEACH, FL 33401

TELEPHONE (561) 855-2120
FACSIMILE (561) 249-1283
JDTeam@MerlinLawGroup.com

April 2, 2025

**Via Email:** George.Merritt@sedgwick.com
Sedgwick Claims Management Services, Inc.
Attn: George Merritt, JD
c/o RoyalStar Assurance, Ltd.
P. O. Box 11937
St. Thomas, VI 008011

| | | |
|---|---|---|
| Re: | Insured/Our Client: | United Property, Inc. |
| | Sedgwick Ref: | USV23102240 |
| | Policy No: | C/44/FI/22/0177 |
| | Date of Loss: | September 17, 2022 |
| | Property Location: | 25 Dronningens Gade/Main Street, St. Thomas, USVI 00802 |

Dear Mr. Merritt:

This letter is to provide notice of the Client's intent to repair the damages sustained to the insured property. The Insured plans to repair their property, which is to commence in the next 30 days or sooner. Should the Carrier desire to conduct an additional inspection of the Insured's damaged property prior to the commencement of repairs, please advise us forthwith as soon as possible.

It is imperative that our office is advised of no later than five (5) days from the date of this letter, if the Carrier wishes to conduct an additional reinspection of the property. Should we not receive a response to this letter by the close of business on Monday, April 7, 2025, we will conclude the Carrier do not wish to reinspect and the insured may proceed with all planned repairs.

Nothing herein constitutes a waiver of our client's rights. Our client reserves all rights that it may have under the insurance contract and applicable law, including but not limited to, supplementing its claim should such cause arise.

We appreciate your time and attention to this matter. Should you have any questions, please do not hesitate to contact our office.

Very truly yours,

**Javier Delgado, Esq.**
For the Firm