**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| **UNITED PROPERTY, INC.,**<br><br>**PLAINTIFF,**<br><br>**VS.**<br><br>**ROYALSTAR ASSURANCE LTD.,**<br><br>**DEFENDANT.** | **CASE NO. 3:26-CV-19** |

**ROYALSTAR'S UNOPPOSED MOTION TO WITHDRAW MOTION TO DISMISS**

RoyalStar Assurance, Ltd. ("RoyalStar") moves to withdraw its motion to dismiss (ECF No. 5) as it was mooted when United Property filed its First Amended Complaint (ECF No. 6). Counsel has conferred with counsel for United Property and confirmed that it does not oppose this motion. A proposed order is attached.

Respectfully submitted,

Dated: August 22, 2026

**ANDREW C. SIMPSON, P.C.,**
Counsel for RoyalStar Assurance Ltd.

/s/ Andrew C. Simpson
VI Bar No. 451
2191 Church Street, Suite 5
Christiansted, VI 00820
Tel: 340.719.3900
asimpson@coralbrief.com