**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| **UNITED PROPERTY, INC.,**<br>**PLAINTIFF,**<br>**VS.**<br>**ROYALSTAR ASSURANCE LTD.,**<br>**DEFENDANT.** | **CASE NO. 3:26-CV-19** |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO WITHDRAW MOTION TO DISMISS**

THIS MATTER is before the Court on Defendant RoyalStar Assurance, Ltd.'s unopposed Motion to Withdraw its Motion [ECF No. 5] to Dismiss Counts II and III of the Complaint on the grounds that it was mooted by the Plaintiff's filing of its First Amended Complaint. The premises considered, it is Ordered that the motion is granted and Defendant's Motion to Dismiss [ECF No. 5] is deemed withdrawn.

Dated: _________

_________________________________
G. Alan Teague
U. S. Magistrate Judge