**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | | |
|---|---|---|
| UNITED PROPERTY, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ROYALSTAR ASSURANCE, LTD.,<br>Defendant. | ) | CASE NO. 3:26-CV-19 |

**[PROPOSED] ORDER**

This matter is before the Court on Plaintiff United Property, Inc.'s Unopposed Nunc Pro Tunc Motion for Leave to File Second Amended Complaint and Incorporated Memorandum of Law. Having reviewed the Motion and the record, and Defendant having advised that it does not oppose the requested relief, it is hereby ORDERED as follows:

1. Plaintiff's Unopposed Nunc Pro Tunc Motion for Leave to File Second Amended Complaint is GRANTED.
2. Plaintiff is granted leave to file the Second Amended Complaint submitted as Exhibit 1 to the Motion and previously filed at ECF No. 14.
3. The Second Amended Complaint is deemed filed nunc pro tunc as of August 18, 2026.

**SO ORDERED.**

Dated: ____________________, 2026

______________________
G. ALAN TEAGUE
U.S. MAGISTRATE JUDGE