**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| **UNITED PROPERTY, INC.,**<br>**PLAINTIFF,**<br>**VS.**<br>**ROYALSTAR ASSURANCE LTD.,**<br>**DEFENDANT.** | **CASE NO. 3:26-CV-19** |

**NOTICE OF SERVICE**

Defendant gives notice that on November 9, 2026 it served its first set of interrogatories, numbered 1–20, and first request for production of documents, numbered 1–42, upon plaintiff.

Respectfully submitted,

**ANDREW C. SIMPSON, P.C.,**
Counsel for RoyalStar Assurance Ltd.

Dated: November 9, 2026

By: Andrew C. Simpson
VI Bar No. 451
ANDREW C. SIMPSON, P.C.
2191 Church Street, Suite 5
Christiansted, VI 00820
Tel: 340.719.3900
asimpson@coralbrief.com