| | |
|---|---|
| **From:** | Luis F. Silva Echeandía |
| **To:** | rudi zuhdi; Sam Sam; zahisalem2020@gmail.com |
| **Cc:** | Javier Delgado; Thelma Amaro |
| **Subject:** | RE: United Property, Inc. v. RoyalStar Assurance, Ltd. (3:26-CV-19) - Termination of Representation and Intent to Seek Leave to Withdraw |
| **Date:** | Wednesday, October 28, 2026 5:04:00 PM |
| **Attachments:** | 10.28.2026 Letter Withdrawal United Property, Inc. - Virgin Islands.pdf<br>USPS Salam Zhudi.pdf |
| **Importance:** | High |

Good afternoon all,

Attached please find our letter regarding Termination of Representation and Intent to Seek Leave to Withdraw in the above-referenced matter.

Please review the attached letter carefully and confirm receipt of this email and the attachment.

If you have any questions, please let us know.

Thank you,

MERLIN
LAW GROUP

JAVIER DELGADO
777 S. HARBOUR ISLAND BLVD., SUITE 950
TAMPA, FL 33602

TELEPHONE (813) 229-1000
FACSIMILE (813) 229-3692
JDTeam@MerlinLawGroup.com

October 28, 2026

***Via Email & USPS Certified Mail***
***No. 9407 1098 9864 3587 1557 88***
United Property, Inc.
Attn: Salem Zhudi
Rushdi Zhudi
Adlie Zudhi
P.O. Box 9068
St. Thomas, USVI 00801
ship1937@gmail.com
furnituregiant1976@gmail.com
saedasalem15@gmail.com
zahisalem2020@gmail.com

RE: United Property, Inc. v. RoyalStar Assurance, Ltd.
Case No. 3:26-CV-19
25B Dronningens Gade, St. Thomas, USVI 00802
**Termination of Representation and Intent to Seek Leave to Withdraw**

Dear Gentlemen:

This letter confirms that Merlin Law Group has decided to terminate its representation of United Property, Inc. in the above-referenced action and will promptly seek leave of court to withdraw as counsel. Because the case is pending in federal court, the firm will remain counsel of record unless and until the Court grants the requested withdrawal.

[redacted]

REDACTED - ATTORNEY-CLIENT PRIVILEGE

[redacted]

REDACTED - ATTORNEY-CLIENT PRIVILEGE

REDACTED - ATTORNEY-CLIENT PRIVILEGE

United Property must promptly retain new counsel. A corporation cannot represent itself in federal court, and the Court's deadlines and orders remain in effect unless the Court provides otherwise. Failure to retain substitute counsel and comply with all deadlines may result in

sanctions, dismissal, entry of adverse orders, or other prejudice to the company's rights. We encourage you to provide this letter and the case information to prospective counsel immediately.

REDACTED - ATTORNEY-CLIENT PRIVILEGE

Please provide the name and contact information of successor counsel as soon as possible.

REDACTED - ATTORNEY-CLIENT PRIVILEGE

Sincerely,

**Javier Delgado, Esq.**
For the Firm

LUIS SILVA
MERLIN LAW GROUP
777 S HARBOUR ISLAND BLVD,
STE 950
TAMPA FL 33602-5747

**USPS CERTIFIED MAIL**

9407 1098 9864 3587 1557 88

PITNEY BOWES
$6.62 0
US POSTAGE IMI
FIRST-CLASS
028W0002311084
2000327928
ZIP 33602
OCT 28 2026

SALEM ZHUD
UNITED PROPERTY, INC.
PO BOX 9068
ST THOMAS VI 00801-2068

ALERT: IMPACTS FROM FLOODING IN THE SOUTHWEST AND SOUTHERN REGIONS OF THE U...

# USPS Tracking®

FAQs >

Remove ×

**Tracking Number:**

**9407109898643587155788**

Copy Schedule a Redelivery

## Latest Update

This is a reminder to arrange for redelivery of your item before November 21, 2026 or your item will be returned on November 22, 2026. You may arrange redelivery by using the Schedule a Redelivery feature on this page or may pick up the item at the Post Office indicated on the notice.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivery Attempt: Action Needed

**Reminder to Schedule Redelivery of your item before November 21, 2026**

November 8, 2026

**Available for Pickup**

CHARLOTTE AMALIE
9846 ESTATE THOMAS
ST THOMAS VI 00802-9998
Mon,Tue,Wed,Thu,Fri 7:30 AM-5:00 PM
Sun,Holiday 9:00 AM-1:00 PM
November 7, 2026 6:40 AM

**Available for Pickup**

CHARLOTTE AMALIE
9846 ESTATE THOMAS
ST THOMAS VI 00802-9998
Mon,Tue,Wed,Thu,Fri 7:30 AM-5:00 PM
Sun,Holiday 9:00 AM-1:00 PM
November 3, 2026 6:00 AM

**Arrived at USPS Facility**

CAROLINA, PR 00983
October 31, 2026 9:45 AM

**Arrived at USPS Facility**

TAMPA, FL 33630
October 29, 2026 11:00 PM

**Accepted at USPS Facility**

TAMPA, FL 33602
October 29, 2026 9:45 PM

**Pre-Shipment Info Sent to USPS**

October 28, 2026

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**Schedule Redelivery**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**