JAVIER DELGADO
777 S. HARBOUR ISLAND BLVD., SUITE 950
TAMPA, FL 33602

TELEPHONE (813) 229-1000
FACSIMILE (813) 229-3692
JDTeam@MerlinLawGroup.com

October 28, 2026

***Via Email & USPS Certified Mail***
***No. 9407 1098 9864 3587 1557 88***
United Property, Inc.
Attn: Salem Zhudi
Rushdi Zhudi
Adlie Zudhi
P.O. Box 9068
St. Thomas, USVI 00801
ship1937@gmail.com
furnituregiant1976@gmail.com
saedasalem15@gmail.com
zahisalem2020@gmail.com

RE: United Property, Inc. v. RoyalStar Assurance, Ltd.
Case No. 3:26-CV-19
25B Dronningens Gade, St. Thomas, USVI 00802
**Termination of Representation and Intent to Seek Leave to Withdraw**

Dear Gentlemen:

This letter confirms that Merlin Law Group has decided to terminate its representation of United Property, Inc. in the above-referenced action and will promptly seek leave of court to withdraw as counsel. Because the case is pending in federal court, the firm will remain counsel of record unless and until the Court grants the requested withdrawal.

REDACTED - ATTORNEY-CLIENT PRIVILEGE

[redacted]

REDACTED - ATTORNEY-CLIENT PRIVILEGE

[redacted]

REDACTED - ATTORNEY-CLIENT PRIVILEGE

United Property must promptly retain new counsel. A corporation cannot represent itself in federal court, and the Court's deadlines and orders remain in effect unless the Court provides otherwise. Failure to retain substitute counsel and comply with all deadlines may result in

sanctions, dismissal, entry of adverse orders, or other prejudice to the company's rights. We encourage you to provide this letter and the case information to prospective counsel immediately.

REDACTED - ATTORNEY-CLIENT PRIVILEGE

Please provide the name and contact information of successor counsel as soon as possible.

REDACTED - ATTORNEY-CLIENT PRIVILEGE

Sincerely,

**Javier Delgado, Esq.**
For the Firm

**From:** Thelma Amaro
**To:** Luis F. Silva Echeandía; Javier Delgado
**Subject:** SALEM ZHUDI-rcvd Fedex Package in USVI today---FW: Your shipment was delivered 879586925882
**Date:** Thursday, November 5, 2026 5:48:47 PM
**Attachments:** image130235.png
image644286.png
image549143.png
image209063.png
image141079.png

---

**Thelma Amaro**
Paralegal to Javier Delgado
1980 Post Oak Blvd
Suite 200
Houston, TX 77056
TEL: (713) 626-8880
Direct:(713) 461-0039
FAX: (713) 626-8881
merlinlawgroup.com

MERLIN LAW GROUP

PROPERTY INSURANCE COVERAGE LAW BLOG | Subscribe for industry insights.

Atlanta | Chicago | Cincinnati | Dallas | Denver | Houston | Jacksonville | Los Angeles | New Orleans
New York | Oklahoma City | Red Bank | San Francisco | Seattle | Tampa | West Palm Beach

Privilege and Confidentiality Notice: The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not the intended recipient or the employee or agent responsible for delivering the transmittal to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachment immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the content to any person. Thank you.

**From:** FedEx Tracking <TrackingUpdates@fedex.com>
**Sent:** Thursday, November 5, 2026 3:48 PM
**To:** Thelma Amaro <tamaro@merlinlawgroup.com>
**Subject:** Your shipment was delivered 879586925882

We've included the delivery details for you

# Your shipment was delivered.

Delivery Date

Thu, 11/05/2026
5:43pm

## Get alerts on future deliveries

Stay informed with delivery notifications for all your shipments. You can also share delivery instructions and manage your delivery.

SIGN UP

Received by

A.SALEM

Report missing package

How was your experience with FedEx international shipping?

## Tracking details

| | |
|---|---|
| Tracking ID | 879586925882 |
| From | JAVIER DELGADO<br>MERLIN LAW GROUP<br>777 S. HARBOUR ISLAND BLVD.<br>SUITE 950<br>TAMPA, FL, US<br>33602 |
| To | SALEM ZHUDI<br>3219 ESTATE ALTONA STE 1<br>ST. THOMASVI<br>00802 |
| Ship date | Mon 11/02/2026 06:12 PM |
| Number of pieces | 1 |
| Total shipment weight | 0.50 LB |
| Service | FedEx International Priority® |

| | |
|---|---|
| Reference | United Property |
| Shipper reference | United Property |

TRACK SHIPMENT

Please do not reply to this message. This email was sent from an unattended mailbox.

All weights are estimated.

© 2026 FedEx. All rights reserved.

Scammers can pose as legitimate organizations to seem convincing. We encourage you to stay cautious of unknown messages – delete them and visit the FedEx Fraud & Security page to help keep your information safe.

Thank you for your business.

Terms of Use
Privacy notice
Support
Fraud & security
ID 1026

**From:** FedEx Tracking
**To:** Luis F. Silva Echeandía
**Subject:** Your shipment was delivered 879587101022
**Date:** Tuesday, November 3, 2026 12:03:26 PM

You don't often get email from trackingupdates@fedex.com. Learn why this is important

# Your shipment was delivered.

Delivery Date

Tue, 11/03/2026
10:57am

## Get alerts on future deliveries

Stay informed with delivery notifications for all your shipments. You can also share delivery instructions and manage your delivery.

SIGN UP

Delivered to

8014 PALM LAKE DRnull, ORLANDO, FL 32819



Delivery picture not showing?
View in browser

GET PROOF OF DELIVERY

Report missing package

## How was your delivery?

## Tracking details

| | |
|---|---|
| Tracking ID | 879587101022 |
| From | Javier Delgado<br>Merlin Law Group<br>777 S. Harbour Island Blvd.<br>Suite 950<br>TAMPA, FL, US<br>33602 |
| To | Rushdi Zhudi<br>8014 PALM LAKE DR<br>ORLANDO, FL, US<br>32819 |
| Ship date | Mon 11/02/2026 06:12 PM |
| Number of pieces | 1 |
| Total shipment weight | 0.50 LB |
| Service | FedEx Priority Overnight® |
| Reference | United Property |
| Shipper reference | United Property |

TRACK SHIPMENT

FedEx

## Track your package and see when it's coming

With Map View, follow your package's journey and get an estimated delivery time window—so you can plan ahead and avoid missed deliveries.

DOWNLOAD THE MOBILE APP

---

Please do not reply to this message. This email was sent from an unattended mailbox.

All weights are estimated.

© 2026 FedEx. All rights reserved.

Scammers can pose as legitimate organizations to seem convincing. We encourage you to stay cautious of unknown messages – delete them and visit the FedEx Fraud & Security page to help keep your information safe.

Thank you for your business.

Terms of Use
Privacy notice
Support
Fraud & security

ID 1026

**From:** FedEx Tracking
**To:** Luis F. Silva Echeandía
**Subject:** Your shipment was delivered 879587703683
**Date:** Wednesday, November 4, 2026 12:50:01 PM

You don't often get email from trackingupdates@fedex.com. Learn why this is important

# Your shipment was delivered.

Delivery Date

Wed, 11/04/2026
11:43am

## Get alerts on future deliveries

Stay informed with delivery notifications for all your shipments. You can also share delivery instructions and manage your delivery.

SIGN UP

Delivered to

10450 TURKEY LAKE RDnull, ORLANDO, FL 32869

Received by

B.Betsincourt

Report missing package

## How was your delivery?

## Tracking details

| | |
|---|---|
| Tracking ID | 879587703683 |
| From | Javier Delgado<br>Merlin Law Group<br>777 S. Harbour Island Blvd.<br>Suite 950<br>TAMPA, FL, US<br>33602 |
| To | Adlie Zhudi<br>10450 TURKEY LAKE RD<br>UNIT 690066<br>ORLANDO, FL, US<br>32869 |
| Ship date | Mon 11/02/2026 06:12 PM |
| Number of pieces | 1 |
| Total shipment weight | 0.50 LB |
| Service | FedEx Priority Overnight® |
| Reference | United Property |
| Shipper reference | United Property |

TRACK SHIPMENT

FedEx

## Track your package and see when it's coming

With Map View, follow your package's journey and get an estimated delivery time window—so you can plan ahead and avoid missed deliveries.

DOWNLOAD THE MOBILE APP

Please do not reply to this message. This email was sent from an unattended mailbox.

All weights are estimated.

© 2026 FedEx. All rights reserved.

Scammers can pose as legitimate organizations to seem convincing. We encourage you to stay cautious of unknown messages – delete them and visit the FedEx Fraud & Security page to help keep your information safe.

Thank you for your business.

Terms of Use

Privacy notice

Support

Fraud & security

ID 1026