**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

UNITED PROPERTY, INC.,

Plaintiff,

vs.

ROYALSTAR ASSURANCE, LTD.,

Defendant.

CASE NO. 3:26-CV-19

## VERIFIED STATEMENT OF JAVIER DELGADO, ESQ.

I, Javier Delgado, Esq., declare as follows in support of the Motion for Leave to Withdraw as Counsel and to Extend November Deadline in United Property, Inc. v. RoyalStar Assurance, Ltd., Case No. 3:26-CV-19:

1. I am an attorney with Merlin Law Group, PLLC, and counsel for Plaintiff, United Property, Inc. (the "Company"). I have personal knowledge of the facts stated below.

2. Salem Zhudi has served as the Company's designated representative in connection with this insurance claim and litigation and has communicated with the firm in that capacity. We have been conducting meetings with Mr. Salem Zhudi since June 18, 2025, regarding the efforts necessary on his behalf, and necessary information to continue representation in this matter.

3. I have also participated in numerous subsequent videoconferences and an in-person meeting with the Company's representatives, including Rushdi Zhudi, to request information and action concerning the Company's affairs. The records requested to establish the Company's

current ownership, officers, directors, and corporate authority remain incomplete, and ownership of the subject property at issue.

4. We previously requested in writing as early as June 25, 2025, the necessary information and action on behalf of Plaintiff to re-instate the entity; and also provided additional written requests in letters dated September 2 and September 15, 2026. The September 15 letter established September 21, 2026, as the final deadline for compliance and advised that continued noncooperation could require the firm to withdraw from the representation.

5. On October 28, 2026, Counsel sent Plaintiff's Representatives written notice of termination of representation and intent to seek leave to withdraw by email and USPS Certified Mail. The mailed notice was addressed to the Company, attention Salem Zhudi, Rushdi Zhudi, and Adlie Zudhi, at P.O. Box 9068, St. Thomas, USVI 00801. The notice was also emailed to ship1937@gmail.com, furnituregiant1976@gmail.com, saedasalem15@gmail.com, and zahisalem2020@gmail.com. See Exhibit 1.

6. Additionally, on November 2, 2026, the written notice dated October 28, 2026, advising of the undersigned attorney's decision to terminate the representation and seek leave to withdraw, was sent by email, regular mail, and FedEx to Rushdi Zuhdi, Adlie Zhudi, and Salem Zhudi. Physical copies were addressed to Rushdi Zuhdi at 8014 Palm Lake Dr., Orlando, FL 32819-3904; Adlie Zhudi at 10450 Turkey Lake Rd., Unit 690066, Orlando, FL 32869-7504; and Salem Zhudi at both 11450 Marbella Palms Ct., Orlando, FL 32836-6234, and 3219 Estate Altona, Ste. 1, St. Thomas, VI 00802. See Exhibit 2. Neither the Company nor its representatives have responded to the notice.

7. On November 9, 2026, undersigned counsel sent, via email, USPS Certified Mail, and FedEx, the proposed Motion for Leave to Withdraw and Exhibits 1–4, including the Verified

Statement attached as Exhibit 4, together with Defendant Royal Star's recently received First Interrogatories to Plaintiff and First Request for Production of Documents to Plaintiff in this matter to Rushdi Zuhdi, Adlie Zhudi, and Salem Zhudi. Physical copies were addressed to Rushdi Zuhdi at 8014 Palm Lake Dr., Orlando, FL 32819-3904; Adlie Zhudi at 10450 Turkey Lake Rd., Unit 690066, Orlando, FL 32869-7504; and Salem Zhudi at 11450 Marbella Palms Ct., Orlando, FL 32836-6234, P.O. Box 9068, St. Thomas, USVI 00801 and 3219 Estate Altona, Ste. 1, St. Thomas, VI 00802. See Exhibit 3.

8. Pursuant to Local Rule of Civil Procedure 7.1(e), undersigned counsel sought Defendant's consent to the Motion for Leave to Withdraw through Defendant's counsel, Andrew C. Simpson, Esq., on October 28, 2026. Counsel conferred regarding the motion on November 9, 2026, at 1:00 p.m. Eastern Time. Defendant does not oppose the motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November ~~10~~ 11th, 2026 at 11:29 AM Eastern.

[signature]

Javier Delgado, Esq.

STATE OF Florida
COUNTY OF Hillsborough

Sworn to (or affirmed) and subscribed before me by means of [✓] physical presence or [ ] online notarization, this 11 day of November, 2026, by Javier Delgado, Esq.

[✓] Personally known OR [ ] Produced identification
Type of identification produced: ______________________

[signature]

Signature of Notary Public
Printed name: Eunice V Kerby
Commission No.: HH 728634
My commission expires: Jan 30, 2030

EUNICE VANESSA KERBY
Notary Public - State of Florida
Commission # HH 728634
My Comm. Expires Jan 30, 2030
Bonded through National Notary Assn.

(Notary Seal)