**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

UNITED PROPERTY, INC.,

Plaintiff,

vs. CASE NO. 3:26-CV-19

ROYALSTAR ASSURANCE, LTD.,

Defendant.

## NOTICE OF FILING PROPOSED ORDER

Plaintiff's counsel, Javier Delgado, Esq., of Merlin Law Group, PLLC, hereby files the accompanying proposed order for the Court's consideration in connection with counsel's Motion to Withdraw as Attorney and to Extend Upcoming Deadlines (D.E. 26).

Dated: November 12, 2026.

Respectfully submitted,

*/s/ Javier Delgado*__________

**JAVIER DELGADO, ESQ.**
VI Bar No.: R2065
MERLIN LAW GROUP, PLLC
777 S. Harbour Island Blvd., Suite 950
Tampa, FL 33602
Telephone: (813) 229-1000
Facsimile: (813) 229-3692
jdelgado@merlinlawgroup.com
jdteam@merlinlawgroup.com

## CERTIFICATE OF SERVICE

I certify that a copy has been served on Defendant's counsel of record by Electronic Service on 12th day of November, 2026.

Respectfully submitted,

*/s/ Javier Delgado*__________
**JAVIER DELGADO, ESQ.**