**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

UNITED PROPERTY, INC.,

Plaintiff,

vs.

ROYALSTAR ASSURANCE, LTD.,

Defendant.

CASE NO. 3:26-CV-19

**PROPOSED ORDER**

Upon consideration of Plaintiff's counsel's MOTION to Withdraw as Attorney and to Extend Upcoming Deadlines D.E. 26, it is hereby ORDERED:

1. Plaintiff's counsel's Motion to Withdraw is GRANTED. Javier Delgado, Esq., of Merlin Law Group, PLLC, is granted leave to withdraw as counsel for Plaintiff United Property, Inc.
2. Plaintiff's deadline to respond to Defendant's First Interrogatories and First Requests for Production of Documents is extended by thirty (30) days, through January 8, 2027.
3. The deadline to seek leave to add additional parties, originally set for November 30, 2026, is extended by thirty (30) days, through December 30, 2026.
4. Within sixty (60) days from the date of this Order, Plaintiff shall retain substitute counsel and cause such counsel to file a notice of appearance on its behalf.

Dated: ____________________

______________________________

G. ALAN TEAGUE
U.S. MAGISTRATE JUDGE