SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Adlie Zhudi
10450 Turkey Lake Rd., Unit 690066
Orlando, FL 32869-7504
3:26-cv-00019-ER

9590 9402 9016 4122 4331 13

2. Article Number *(Transfer from service label)*
9589 0710 5270 0581 4987 36

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

9589 0710 5270 0581 4987 36

9589 0710 5270 0581 4987 36

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

Postmark Here

*Sent To* Adlie Zhudi
*Street and Apt. No.* 10450 Turkey Lake Rd., Unit 690066
*City, State, ZIP+4®* Orlando, FL 32869-7504

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

CT COURT OF THE VIRGIN ISLANDS
Clerk's Office
5500 Veterans Drive, Suite 310
te Amalie, St. Thomas, V.I. 00802-6424

OFFICIAL BUSINESS

Adlie Zhudi
10450 Turkey Lake Rd., Unit 690066
Orlando, FL 32869-7504