**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Rushdi Zuhdi
8014 Palm Lake Dr.
Orlando, FL 32819-3904
3:26-cv-00019-ER

9590 9402 9016 4122 4330 90

2. Article Number *(Transfer from service label)*

9589 0710 5270 0581 4987 67

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

9589 0710 5270 0581 4987 67

9589 0710 5270 0581 4987 67

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postmark Here

Postage
$

Total Postage and Fees
$

*Sent To*
*Street and Apt. No., or PO Box No.*
*City, State, ZIP+4®*

Rushdi Zuhdi
8014 Palm Lake Dr.
Orlando, FL 32819-3904

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

T COURT OF THE VIRGIN ISLANDS
Clerk's Office
500 Veterans Drive, Suite 310
e Amalie, St. Thomas, V.I. 00802-6424

OFFICIAL BUSINESS

Rushdi Zuhdi
8014 Palm Lake Dr.
Orlando, FL 32819-3904