**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Salem Zhudi
11450 Marbella Palms Ct.
Orlando, FL 32836-6234
3:26-cv-00019-ER

9590 9402 9016 4122 4331 20

2. Article Number *(Transfer from service label)*

9589 0710 5270 0581 4987 12

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

9589 0710 5270 0581 4987 12

9589 0710 5270 0581 4987 12

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
**Total Postage and Fees**
$

Postmark Here

*Sent To*
*Street and Apt. No., or PO Box No.*
*City, State, ZIP+4®*

Salem Zhudi
11450 Marbella Palms Ct.
Orlando, FL 32836-6234

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

**COURT OF THE VIRGIN ISLANDS**
**Clerk's Office**
**500 Veterans Drive, Suite 310**
**Amalie, St. Thomas, V.I. 00802-6424**

**OFFICIAL BUSINESS**

Salem Zhudi
11450 Marbella Palms Ct.
Orlando, FL 32836-6234